**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 19-24707-CIV-WILLIAMS**

DOUG LONGHINI,

    Plaintiff,

v.

MARIPOSA PLAZA, LLC,

    Defendant.

_____/

## JOINT NOTICE OF SETTLEMENT

Plaintiff, DOUG LONGHINI, and Defendant, MARIPOSA PLAZA, LLC, hereby advise the Court that the parties have reached an agreement to settle the instant case pending execution of a Settlement Agreement. The Parties will file a Stipulation dismissing this Action with prejudice once the settlement agreement is executed, which they reasonably expect to do no later than 20 days from the date of this Notice. Accordingly, the Parties respectfully request that the Court vacate all currently set dates and deadlines.

Respectfully submitted this 30th day of December, 2019.

| | |
|---|---|
| /s/ *Anthony J. Perez* | /s/ *Robert S. Fine* |
| ANTHONY J. PEREZ | ROBERT S. FINE |
| Florida Bar No.: 535451 | Florida Bar No.: 155586 |
| GARCIA-MENOCAL & PEREZ, P.L. | GREENBERG TRAURIG, P.A. |
| 4937 S.W. 74th Court, Unit #3 | 333 Avenue of the Americas, Suite 4400 |
| Miami, FL 33155 | Miami, FL 33131 |
| Telephone: (305) 553-3464 | Telephone: (305) 579-0500 |
| Facsimile: (305)553-3031 | Facsimile: (305) 579-0717 |
| Primary Email: ajperezlaw@gmail.com | Email: finer@gtlaw.com |
| Secondary Email: aquezada@lawgmp.com; ddunn@lawgmp.com | *Attorney for Defendant* |
| *Attorney for Plaintiff* | |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on December 30th, 2019 I electronically filed the foregoing document with the Clerk of the Court and counsel of record using CM/ECF.

**GARCIA-MENOCAL, & PEREZ, P.L.**
*Attorneys for Plaintiff*
4937 SW 74th Court, No. 3
Miami, FL 33155
Telephone: (305) 553-3464
Facsimile: (305) 553-3031
Primary E-Mail:  ajperez@lawgmp.com
Secondary Email:  aquezada@lawgmp.com;
ddunn@lawgmp.com


By: ___*/s/ Anthony J. Perez, Esq.*_____
       ANTHONY J. PEREZ