UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:19-cv-24707-KMW

DOUG LONGHINI,

    Plaintiff,

v.

MARIPOSA PLAZA, LLC,

    Defendant.
_____/

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

Plaintiff, DOUG LONGHINI and Defendant, MARIPOSA PLAZA, LLC, through its general counsel having entered into a Settlement Agreement and Release that resolves all claims that were or could have been brought in this action, hereby stipulate to the dismissal of this matter with prejudice.

Respectfully submitted this 18th day of February, 2020.

| | |
|---|---|
| /s/ *Anthony J. Perez* | /s/ *Robert S. Fine* |
| ANTHONY J. PEREZ | ROBERT S. FINE |
| Florida Bar No.: 535451 | Florida Bar No.: 155586 |
| GARCIA-MENOCAL & PEREZ, P.L. | GREENBERG TRAURIG, P.A. |
| 4937 S.W. 74th Court, Unit #3 | 333 Avenue of the Americas, Suite 4400 |
| Miami, FL 33155 | Miami, FL 33131 |
| Telephone: (305) 553- 3464 | Telephone: (305) 579-0500 |
| Facsimile: (305)553-3031 | Facsimile: (305) 579-0717 |
| Primary Email: ajperezlaw@gmail.com | Email: finer@gtlaw.com |
| Secondary Email: aquezada@lawgmp.com; ddunn@lawgmp.com | *Attorney for Defendant* |
| *Attorney for Plaintiff* | |

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on February 18th, 2020 I electronically filed the foregoing document with the Clerk of the Court and counsel of record using CM/ECF.

**GARCIA-MENOCAL, & PEREZ, P.L.**
*Attorneys for Plaintiff*
4937 SW 74th Court, No. 3
Miami, FL 33155
Telephone: (305) 553-3464
Facsimile: (305) 553-3031
Primary E-Mail: ajperez@lawgmp.com
Secondary Email: bvirues@lawgmp.com;
ddunn@lawgmp.com


By: ___*/s/ Anthony J. Perez, Esq.*_____
        ANTHONY J. PEREZ